UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BENJAMIN ESTEVES,

                Plaintiff,

         -against-

83rd PRIECENT NEW YORK POLICE
DEPARTMENT, et. al.

                Defendants
-----------------------------------------------------------X

**ORDER**
09 CV 3706 (SLT)(LB)

**BLOOM, United States Magistrate Judge:**

By letter dated December 9, 2009, Corporation Counsel for the City of New York ("Corporation Counsel") notes discrepancies with the dates listed on plaintiff's complaint and the dates on the records it has received from Elmhurst Hospital and requests additional information from plaintiff. See docket entry 13. Although Corporation Counsel has not appeared on defendants' behalf, the Court shall hold an initial pre-trial telephonic conference pursuant to Fed. R. Civ. P. 16 on January 7, 2010 at 9:30 a.m. Corporation Counsel is requested to arrange and initiate the conference call. The Warden of Rikers Island shall make plaintiff available for the telephonic conference at this time. After establishing contact with plaintiff, Corporation Counsel shall telephone the Court at (718) 613-2170.[1]

SO ORDERED.

                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: December 11, 2009
        Brooklyn, New York

---

[1] While interpreters are not generally provided to parties in civil cases, plaintiff shall notify the Court in advance of the December 23, 2009 conference if he requires an interpreter.

