UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BENJAMIN ESTEVES,

                       Plaintiff,

-against-

83rd PRECINCT NEW YORK POLICE
DEPARTMENT, et. al.

                       Defendants.

------------------------------------------------------------X

**ORDER**
**09 CV 3706 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court held an initial pretrial conference pursuant to Fed. R. Civ. P. 16 by telephone on January 7, 2010. As set forth on the record, defendants are ordered to identify the three John Doe Officers in the complaint by January 27, 2010. The New York Police Department must have records of who was sent to escort plaintiff from Elmhurst Hospital to the 83rd Precinct. Plaintiff identified the third John Doe as the "white shirt" Captain on duty at the precinct on the day in question. Plaintiff shall keep the Court apprised of his current address.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: January 7, 2010
       Brooklyn, New York