UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BENJAMIN ESTEVES,

                        Plaintiff,                    **ORDER**
                                                              09 CV 3706 (SLT)(LB)

         -against-

83rd PRECINCT NEW YORK POLICE
DEPARTMENT, et. al.

                        Defendants.

-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       Plaintiff is currently incarcerated and commenced this action pro se pursuant to 42 U.S.C. §1983. See docket entry 2. The Court held an initial pretrial conference pursuant to Fed. R. Civ. P. 16 by telephone on January 7, 2010. See docket entry 16. By Order dated January 7, 2010, the Court directed Corporation Counsel of the City of New York ("Corporation Counsel") to identify the three John Doe Officers in the complaint. See docket entry 15. By letter dated March 2, 2010, Corporation Counsel requests an extension of time to March 10, 2010 to identify the John Doe officers. See docket entry 23. Corporation Counsel's request is granted.

       In addition, the Court shall seek pro bono counsel for plaintiff pursuant to 28 U.S.C. §1915(e)(1). Plaintiff is advised that the Court cannot require an attorney to take a pro bono case, but requests an attorney to volunteer for the case. Plaintiff should cooperate with any pro bono panel attorney who contacts him regarding this case.

SO ORDERED.

                                                        LOIS BLOOM
                                                        United States Magistrate Judge

Dated: March 3, 2010
       Brooklyn, New York